# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:20-CV-183-KDB-DCK

| | |
|---|---|
| **JOSEPH STUTZ,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**PROGRESSIVE PREMIER INSURANCE** )<br>**COMPANY OF ILLINOIS, and** )<br>**VOLKSWAGEN GROUP OF AMERICA, INC.,** )<br>)<br>**Defendants.** )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Anthony T. Lathrop, filed a "Certification Of Mediation Session" (Document No. 19) on February 11, 2021, notifying the Court that the parties have reached a complete settlement. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **March 12, 2021**.

**IT IS FURTHER ORDERED** that Defendant's "Motion To Dismiss" (Document No. 9) is **DENIED AS MOOT**.

**SO ORDERED**.

Signed: February 12, 2021

David C. Keesler
United States Magistrate Judge